# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    MILDRED CHAFFIN

    Debtor(s)

Case No. 12-25299

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/25/2012.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 11/14/2012.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $3,850.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $100.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$100.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $85.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $5.00 | |
| Other | $10.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$100.00** |

Attorney fees paid and disclosed by debtor:                $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE TRINITY | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY | Unsecured | 797.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CHELA/SALLIE MAE | Unsecured | 1,129.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO SUN TIMES | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 7,454.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 7,454.00 | 8,102.79 | 8,102.79 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 848.00 | 848.00 | 848.00 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 755.00 | 755.00 | 755.00 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | NA | 613.00 | 613.00 | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 886.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITA | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITA | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALISTS | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY ROOM PROVIDERS SC | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| EMP OF CHICAGO | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GEICO | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| HANGER PROS & ORTH INC | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,051.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SVC/SEARS | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 470.00 | 470.00 | 470.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL MEDICAL CENTEI | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,051.55 | 1,051.55 | 0.00 | 0.00 |
| MILWAUKEE PULBIC SCHOOLS | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| NEW YORK DEPT OF EDUCATION | Unsecured | 4,307.46 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PACER SERVICE CENTER | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| PAY DAY LOANS | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULT | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY PHYSICIANS | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| RAJ K GOYAL | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| ROSELAND COMMUNITY HOSPITAL | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| SHELL OIL CITIBANK | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 750.00 | 2,145.50 | 2,145.00 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 14,164.00 | 15,195.01 | 15,195.01 | 0.00 | 0.00 |
| VILLAGE OF EVERGREEN PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY EMERG PHY | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY EMERGENCY PHYS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY EMERGENCY PHYS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY EMERGENCY PHYSICI | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$29,180.35** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
|    Expenses of Administration | $100.00 |
|    Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$100.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/19/2013                    By: /s/ Tom Vaughn
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**